**SO ORDERED.**

**SIGNED this 18th day of October, 2017.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

C-13-7a
(Rev. 03/16)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In Re: | ) **ORDER CONFIRMING PLAN** |
| | ) **CHAPTER 13** |
| | ) |
| Brock, Tina Louise Napier   xxx-xx-0896 | ) |
| PO Box 125 | ) Case No. 17-10791 C-13G |
| Burlington, NC 27216 | ) |
| | ) |
| | ) |
| | ) |
| Debtor. | ) |

This case came before the Court, after notice and opportunity for hearing, for confirmation of the Chapter 13 plan proposed in this case; and IT APPEARING to the Court as follows:

**I.**     The Trustee in this case is Anita Jo Kinlaw Troxler, Standing Trustee, Anita Jo Kinlaw Troxler, 500 West Friendly Avenue, Suite 200, P.O. Box 1720, Greensboro, NC 27402-1720;

**II.**    The attorney for the Debtor is Daniel L. Hawkins;

**III.**   Under the final plan (the "Plan") as proposed:

    **A.**     **Plan Payments**

        1.     The Debtor is to make monthly payments to the Trustee which are to be disbursed by the Trustee in accordance with the Plan and this Order;

        2.     The monthly plan payment to the Trustee is $180.00 beginning August 12, 2017, increasing to $200.00 per month effective September 2017;

    **B.**     **Administrative Costs**

        **1.**     **Attorney Fees.** The Attorney for the Debtor is allowed the base fee of $4,500.00.   The Attorney has received $500.00 from the Debtor pre-petition and the remainder of the base fee will be paid by the Trustee as funds are available.

- 1 -

2.     **Trustee costs.**  The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

C.     **Priority Claims**

Any timely filed claims entitled to priority under 11 U.S.C. §507, on behalf of the entities listed below, will be paid in full in deferred cash payments unless otherwise indicated.

1.     **Internal Revenue Service**
2.     **N C Department of Revenue**
3.     **Alamance County Tax**

D.     **Secured Claims**

1.  **Secured Claims To Be Paid In Full - Real Property.**

| Creditor & Property | Claim Filed (Y/N) | Amount of claim | Monthly Payment | Interest Rate |
|---|---|---|---|---|
| **ALAMANCE COUNTY TAX** <br> **2219 McKinney Street** <br> **Burlington, NC** | **Y** | **$2,998.61** | **$66.00** | **10.3%** |
| **CITY OF BURLINGTON** <br> **2219 McKinney Street** <br> **Burlington, NC** | **N** | | **$54.00** | **Statutory Rate** |

E.     **General Unsecured Claims Not Separately Classified**

General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration.  The estimated dividend to general unsecured claims is 0%.

F.     The Debtor will pay THE GREATER OF the amount necessary to pay all allowed costs of administration, priority and secured claims in full, with the exception of continuing long term debts, or a minimum of 36 monthly plan payments, with the plan to be reviewed in twelve (12) months and periodically thereafter for plan payment adjustments.

G.     The terms and provisions of the Amended Standing Order dated March 11, 2016, are incorporated in this Order and are available on the Court's website at **www.ncmb.uscourts.gov**.

H.     **IT FURTHER APPEARING** to the Court that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

**ORDERED** that the Plan is confirmed.

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 1
17-10791 C-13G


ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

PARTIES TO BE SERVED
PAGE 1 OF 1
17-10791 C-13G


ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720