C-13-15(a)Motion
(Rev. 10/06)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| BROCK, TINA LOUISE NAPIER    xxx-xx-0896 | ) | |
| PO BOX 125 | ) | No:  17-10791    C-13G |
| BURLINGTON, NC 27216 | ) | |
| | ) | |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed October 18, 2017.  On January 29, 2018 the City of Burlington filed Claim 4 in the amount of $3,123.55 as a priority claim.  The claim does not qualify for priority claim status due to the claim representing real property taxes.  The Trustee objects to the priority claim status of Claim 4 of the City of Burlington in the amount of $3,123.55 due to the claim being secured.  The Trustee recommends that an Order be entered sustaining the Trustee's objection to the priority claim status of Claim 4 of the City of Burlington with Claim 4 found to be a secured claim in the amount of $3,123.55 to be paid pursuant to the terms of the Order confirming the plan with interest at the statutory rate.

Date:  February 16, 2018                                                                                    s/Anita Jo Kinlaw Troxler
AJKT:lac                                                                                                                Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  April 2, 2018   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on  April 17, 2018  at 2:00 p.m., in the following location:

*Courtroom #1*
*Second Floor*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

Date:  **February 20, 2018**                                                                                    OFFICE OF THE CLERK
                                                                                                                                U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
17-10791 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

TINA LOUISE NAPIER BROCK
P O BOX 125
BURLINGTON, NC 27216

DANIEL L HAWKINS ESQ
P O BOX 1379
GRAHAM, NC 27253

CITY OF BURLINGTON
237 W MAPLE AVE
BURLINGTON, NC 27215