Form 241

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 17–10791

IN THE MATTER OF:
Tina Louise Napier Brock     xxx–xx–0896
P .O. Box 125
Burlington, NC 27216

  Debtor(s)

## NOTICE OF ORDER DISMISSING CASE

To: Debtor, Its Creditors and Other Parties in Interest:

**TAKE NOTICE THAT** on 5/3/18

an Order was entered by the United States Bankruptcy Court, dismissing the above named case .

Dated: 5/3/18                                                        OFFICE OF THE CLERK/ htn